**[Doddos]** [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: November 12, 2021**

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No.
                                                          6:21–bk–04011–LVV
                                                          Chapter 13

Reon Clark

_____Debtor*_____/

### _ORDER OVERRULING OBJECTION TO CLAIM_

   THIS CASE came on for consideration, without hearing, of the Objection to Claim 14–1 of 1st Advantage Federal Credit Union filed by the Debtor , Doc. # 13 . After review, the Court determines that the objection is deficient as follows:

   Service upon the insured depository institution by certified mail addressed to the attention of an officer of the institution is not indicated. Fed R. Bankr. P. 7004(h).

   Accordingly it is

   **_ORDERED:_**

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.