# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
www.flmb.uscourts.gov

In re:                                                                                      Case No.    6:21-bk-04011-LVV
                                                                                         Chapter    13

Reon Clark

_____/

    Debtor(s)*

<u>Renewed</u>
**DEBTOR'S OBJECTION TO
<u>CLAIM #  14-1</u>     OF 1ST ADVANTAGE FEDERAL CREDIT UNION**

---

**NOTICE OF OPPORTUNITY TO
<u>OBJECT AND REQUEST FOR HEARING</u>**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington St., Suite 5100, Orlando, Florida 32801 within thirty (30) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

The above-styled debtor, (the "<u>Debtor</u>") by undersigned counsel, objects to the proof of claim filed in this case by 1st Advantage Federal Credit Union (the "Creditor"). In support of this objection, the Debtor states as follows:

1. Debtor filed this Chapter 13 bankruptcy case on 9/1/2021.

2. Creditor filed proof of claim number 14-1 in the amount of

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

$19,860.87 for a general unsecured claim.

3. Debtor objects to such claim because such claim is unenforceable against the debtor and property of the debtor as barred by the statute of limitations.

4. Debtor proposes these modifications: strike and disallow claim.

WHEREFORE, the Debtor respectfully requests that this Court enter an order (i) sustaining the Debtor's objection to Creditor's proof of claim, (ii) srike and disallow the claim, and (iii) granting the Debtor such other legal and equitable relief to which justly entitled.

Dated: November 16,  2021

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick_____
Jordan E. Bublick (Fla. Bar No. 381624)
5323 Millenia Lakes Blvd., Suite 300
Orlando, FL 32839
Telephone: (407) 205-4954
Fax: (407) 386-8082
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served as follows: 1. by electronic mail to those set forth in the NEF to be
served electronically on the date therein and 2. by was sent by U.S. Mail to all creditors and interested parties any attached list this 16th day of November, 2021.

/s/ Jordan E. Bublick_____
Jordan E. Bublick
5323 Millenia Lakes Blvd., Suite 300
Orlando, FL 32839
Telephone: (407) 205-4954
Fax: (407) 386-8082
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*

1st Advantage Federal Credit Union
Att: Jordan Jessee Burgan
Collection Assistan - Legal
PO Box 2116
Newport News, VA 23609


1st Advantage Federal Credit Union
Att: Bankruptcy
PO Box 2116
Newport News, VA 23609


<u>By: Certified US Mail</u>
1st Advantage Federal Credit Union
Att: Paul W. Muse, President
12490 Warwick Blvd.
Newport News, VA 23606